| United States Bankruptcy Court<br>Northern District of Illinois | | INVOLUNTARY PETITION |
|---|---|---|
| IN RE (Name of Debtor - If individual, Enter: Last, First, Middle)<br>**Tiara Corp.** | | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names) |
| LAST FOUR DIGITS OF SOC. SEC. NO/Complete EIN or other TAX I.D. NO. (If more than one, state all.)<br>36-2407810 | | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state and zip code)<br>2425 Oakton Street<br>Evanston, IL<br>COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: Cook | ZIP CODE<br>60202 | MAILING ADDRESS OF DEBTOR (if different from street address)<br><br>ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (if different from previously listed addresses)<br>2425 Oakton Street, Evanston, IL 60202 | | |
| CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED<br>☑ Chapter 7     ☐ Chapter 11 | | |

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

Petitioners believe:
- ☐ Debts are primarily consumer debts
- ☑ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Manufacture and sale of diamond and gemstone jewelry.**

TYPE OF DEBTOR
- ☐ Individual
- ☐ Partnership
- ☑ Corporation
- ☐ Clearing Bank
- ☐ Other
- ☐ Stockbroker
- ☐ Railroad
- ☐ Health Care Business
- ☐ Commodity Broker

### VENUE

- ☑ Debtor has been domiciled or has had a residence, principal place of business, or principle assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days in any other District.
- ☐ A Bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District.

### FILING FEE (Check on box)

- ☑ Full Filing Fee attached
- ☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☑ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. §303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

OFFICIAL FORM 5 - Page 2 Involuntary Petition (10/05)

Name of Debtor: **Tiara Corp.**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| x _[signature]_ | x _[signature]_    Date 11/14/06 |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Shivani Gems, Inc.** | **Pick & Zabicki LLP** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 369 Lexington Avenue<br>12th Floor<br>New York, NY 10017 |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Mehul Shah**<br>589 Fifth Avenue, Suite 1107<br>New York, NY 10017 | Address<br>(212) 695-6000<br>Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Diamond House Inc.** | **Pick & Zabicki LLP** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 369 Lexington Avenue<br>12th Floor<br>New York, NY 10017 |
| Name & Mailing Address of Individual Signing in Representative Capacity:<br>**Naman Shah**<br>589 Fifth Avenue, Suite 1107<br>New York, NY 10017 | Address<br>(212) 695-6000<br>Telephone No. |
| x _____ | x _____ |
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Dialuck Corp.** | **Pick & Zabicki LLP** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |

**2** Continuation sheets attached

OFFICIAL FORM 5 - Page 2 Involuntary Petition (10/05)

Name of Debtor: **Tiara Corp.**

Case No. _____

| | |
|---|---|
| **TRANSFER OF CLAIM** | |
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). | |

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

---

x _____
Signature of Petitioner or Representative (State title)

**Shivani Gems, Inc.**
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mehul Shah
589 Fifth Avenue, Suite 1107
New York, NY 10017

x _____
Signature of Attorney                    Date

**Pick & Zabicki LLP**
Name of Attorney Firm (If any)

369 Lexington Avenue
12th Floor
New York, NY 10017
Address

(212) 695-6000
Telephone No.

---

x _Naman Shah_ _____
Signature of Petitioner or Representative (State title)

**Diamond House Inc.**
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Naman Shah
589 Fifth Avenue, Suite 1107
New York, NY 10017

x _____ 1/14/06
Signature of Attorney                    Date

**Pick & Zabicki LLP**
Name of Attorney Firm (If any)

369 Lexington Avenue
12th Floor
New York, NY 10017
Address

(212) 695-6000
Telephone No.

---

x _____
Signature of Petitioner or Representative (State title)

**Dialuck Corp.**
Name of Petitioner            Date Signed

x _____
Signature of Attorney                    Date

**Pick & Zabicki LLP**
Name of Attorney Firm (If any)

---

2 Continuation sheets attached

OFFICIAL FORM 5 - Page 2 Involuntary Petition (10/05)

Name of Debtor: **Tiara Corp.**

Case No.: _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Shivani Gems, Inc.** | **Pick & Zabicki LLP** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 369 Lexington Avenue |
| | 12th Floor |
| | New York, NY 10017 |
| Name & Mailing Address of Individual Signing in Representative Capacity: **Mehul Shah**, 589 Fifth Avenue, Suite 1107, New York, NY 10017 | Address |
| | (212) 695-6000 |
| | Telephone No. |

| x _____ | x _____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Diamond House Inc.** | **Pick & Zabicki LLP** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |
| | 369 Lexington Avenue |
| | 12th Floor |
| | New York, NY 10017 |
| Name & Mailing Address of Individual Signing in Representative Capacity: **Naman Shah**, 589 Fifth Avenue, Suite 1107, New York, NY 10017 | Address |
| | (212) 695-6000 |
| | Telephone No. |

| x _____ | x _____/s/_____ 11/17/06 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney    Date |
| **Dialuck Corp.** | **Pick & Zabicki LLP** |
| Name of Petitioner    Date Signed | Name of Attorney Firm (If any) |

**2** Continuation sheets attached

Name of Debtor: Oliva Corp.

Case No. _____

| Name & Mailing Address of Individual Signing in Representative Capacity | Anshul Gandhi<br>18 East 48th Street, 12th Floor<br>New York, NY 10017 | 369 Lexington Avenue<br>12th Floor<br>New York, NY 10017<br><br>Address<br><br>(212) 695-6000<br>Telephone No. |
|---|---|---|

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Shivani Gems, Inc.<br>589 Fifth Avenue, Suite 1107<br>New York, NY 10017 | Goods Sold | 30,854.30 |
| Diamond House Inc.<br>589 Fifth Avenue, Suite 1107<br>New York, NY 10017 | Goods Sold | 14,717.75 |
| Dialuck Corp.<br>18 East 48th Street, 12th Floor<br>New York, NY 10017 | Good Sold | 80,000.00 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners, Claims

$ 125,572.05

2 Continuation sheets attached

**Official Form 5 (10/06) - Cont.**

Name of Debtor: **Tiara Corp.**

Case No.: _____

| Signature of Petitioner or Representative (State title) | Signature of Attorney | Date |
|---|---|---|
| C. Mahendra NY, LLC  X /s/ Jignesh Shah  05/18/07 | Pick & Zabicki LLP | |
| Name of Petitioner    Date Signed | Name of Attorney Firm (if any) | |
| | 369 Lexington Avenue  12th Floor  New York, NY 10017 | |
| Name & Mailing Address of Individual Signing in Representative Capacity: Jigar Shah, 45 West 45th Street, Suite 700, New York, NY 10036 | Address | |
| | (212) 695-6000 | |
| | Telephone No. | |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Shivani Gems, Inc.  589 Fifth Avenue, Suite 1107  New York, NY 10017 | Goods Sold | 30,854.30 |
| Diamond House Inc.  589 Fifth Avenue, Suite 1107  New York, NY 10017 | Goods Sold | 14,717.75 |
| Dialuck Corp.  18 East 48th Street, 12th Floor  New York, NY 10017 | Good Sold | 80,000.00 |
| C. Mahendra NY, LLC  45 West 45th Street  Suite 700  New York, NY 10036 | Goods Sold | 9,042.65 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: $ 134,614.70